1  **TROUTMAN PEPPER LOCKE LLP**
   Holly E. Cheong (NV Bar No. 11936)
2  Holly.Cheong@troutman.com
   8985 S. Eastern Ave., Ste 200
3  Las Vegas, NV 89123 (Nevada Office)
   Telephone: (213) 928-9800
4  350 South Grand Avenue, Suite 3400
   Los Angeles, CA 90071 (Los Angeles Office)
5

6  Attorneys for Defendant Innovis Data
   Solutions, Inc.
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Gregory Levy Jr., | Case No. 2:25-cv-01877-JAD-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Innovis Data Solutions, Inc., | |
| Defendant. | [ECF No. 10] |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Gregory Levy, Jr. and Defendant Innovis Data Solutions, Inc., that this action will be dismissed in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

| DATED this 20th day of November 2025 | DATED this 20th day of November 2025 |
|---|---|
|  | **TROUTMAN PEPPER LOCKE LLP** |
| */s/ Gregory Levy, Jr.* <br> Gregory Levy, Jr. <br> 9195 Spumante Avenue <br> Las Vegas, NV 89148 <br> *Plaintiff* | */s/ Holly E. Cheong* <br> Holly E. Cheong, Esq. <br> Nevada Bar No. 11936 <br> 8985 S. Eastern Ave., Ste. 200, <br> Las Vegas, NV 89123 <br> *Attorneys for Defendant Innovis Data Solutions, Inc.* |

## ORDER

Based on the parties' stipulation and with good cause appearing, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

DATED: November 24, 2025

_____
UNITED STATES DISTRICT COURT JUDGE